# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |  |
|---|---|---|---|
| GK Parandhamaia | | * | |
| | Plaintiff(s) | * | |
| | | * | |
| | vs. | * | Civil Case No.: 1:25−cv−02349−JMC |
| | | * | |
| Subcom, LLC. | | * | |
| | Defendant(s) | * | |

## MAGISTRATE JUDGE DIRECT ASSIGNMENT ORDER

    Pursuant to Standing Orders 2019−07 and 2023−01, and pending the consent of all parties, this case has been assigned to a United States Magistrate Judge for all proceedings, including the entry of final judgment. During the time that it takes for all parties to indicate whether they consent, the filing of dispositive motions should be held in abeyance. Therefore, it is hereby

    ORDERED that each party must first file a consent or declination to proceeding before a Magistrate Judge pursuant to Standing Order 2019−07 before any other filing; and it is further

    ORDERED that all parties are precluded from filing a fully or partially dispositive motion such as a motion pursuant to Rule 12, or a motion seeking preliminary relief, until consent is obtained from all parties or the case is reassigned to a District Judge, if consent from all parties is not obtained; and it is further

    ORDERED that the time to file any dispositive motion is tolled until such time that consent is obtained from all parties or the case is reassigned to a District Judge. After all consent is obtained or the case is reassigned to a District Judge, these motions shall be filed within fourteen (14) days, or the prescribed time to file the motion under the Federal Rules, whichever is later; and it is further

    ORDERED that Plaintiff shall provide a copy of this Order with the summons and complaint served on each party under Fed. R. Civ. P. 4.

Date: <u>July 21, 2025</u>　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　J. Mark Coulson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge